FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

SEP 09 2025

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

FELICE JOHN VITI, Acting United States Attorney (#7007)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. LEO STOCKS, Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), Receipt and Distribution of Child Pornography<br><br>Count 2: 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography<br><br>Case: 4:25-cr-00092<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 9/8/2025<br>Description: USA v. |
|---|---|

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt and Distribution of Child Pornography)

Beginning on a date unknown and continuing through June 16, 2025 in the District of Utah, and elsewhere,

LEO STOCKS,

defendant herein, did knowingly receive and distribute any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped

and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

COUNT 2
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

Beginning on a date unknown and continuing through June 16, 2025, in the District of Utah,

LEO STOCKS,

defendant herein, did knowingly possess and access with intent to view any material which contains an image of child pornography, involving a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § § 2251 2252A, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Two flash drives;
- Clevo W370SS Laptop bearing serial number 8F01SC033791;
- Gateway computer bearing serial number NXY1UAA016234045D716;
- Samsung cell phone bearing IMEI 353700/06/0279;
- Samsung Galaxy 5 Note bearing IMEI 35387607309143;
- Free Agent Seagate hard drive bearing serial number 2GE24DYW;
- Samsung Galaxy Note 4 bearing IMEI 356204064179995;
- LG cell phone;
- HTC cell phone;
- Samsung Galaxy S24 FE bearing serial number 358991132154657;
- Samsung Galaxy S22 Ultr bearing IMEI 350139675447496;
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
CHRISTOPHER BURTON
Assistant United States Attorney

4